IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:18CR3106 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| PAUL BROOKS LEETCH, | |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion, (Filing No. 27), is granted.

2) Defendant is allowed to have contact with Corina Trevino and with their child, subject to the prior and ongoing approval of NOVA, including as to the frequency, timing, length, and location of such contacts.

November 30, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge